JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CEDRIC GREENE, | ) | NO. CV 11-03476 CJC (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| BOARD OF PAROLE HEARINGS, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 22, 2011

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE